**ROBERT E. DAVIES, ESQ. / SBN 106810**
rdavies@donahuedavies.com
**MARY A. STEWART, ESQ. / SBN 106758**
mstewart@donahuedavies.com
**GREGORY A. NELSON, ESQ. / SBN 274926**
gnelson@donahuedavies.com
**DONAHUE · DAVIES LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**KATHY A. WISNIEWSKI / MO SBN 38716 (Pro Hac Vice to be filed)**
kwisniewski@thompsoncoburn.com
**JOHN W. ROGERS / MO SBN 42845 (Pro Hac Vice to be filed)**
jrogers@thompsoncoburn.com
**STEPHEN A. D'AUNOY / MO SBN 54961 (Pro Hac Vice to be filed)**
sdaunoy@thompsoncoburn.com
**THOMPSON COBURN LLP**
**One US Bank Plaza**
**St. Louis, Missouri  63101**
**Telephone:  (314) 552-6000**
**Facsimile:   (314) 552-7000**

*Attorneys for Defendant,*
*FCA US LLC (f/k/a CHRYSLER GROUP LLC)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| DEBORAH DeCOTEAU, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER GROUP LLC, a Delaware limited liability company, and Does 1 to 10, inclusive<br><br>Defendant. | Case No.  2:15-CU-00020-MCE-EFB<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR ANY MOTION FILED AS A RESPONSIVE PLEADING** |

1

Based upon the stipulation to Extend Time to Respond to Complaint and to Establish Briefing Schedule for Any Motion Filed as a Responsive Pleading ("Stipulation") submitted by the parties, plaintiff Deborah DeCoteau ("Plaintiff") and defendant FCA US LLC (f/k/a Chrysler Group LLC) ("FCA"), through their respective counsel, and good cause having been shown therefor, IT IS HEREBY ORDERED as follows:

The relief requested in the Stipulation is hereby granted.

Defendant shall have to and including February 9, 2015, in which to answer, move, or otherwise plead to the Complaint herein.

As to any motion filed by FCA in response to the Complaint, Plaintiff shall file and serve any opposition on or before March 26, 2015, FCA shall file and serve its reply in support of said motion on or before April 16, 2015, and the hearing on said motion shall be set in accordance with the deadlines established herein.

IT IS SO ORDERED.

Dated:  January 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR ANY MOTION FILED AS A RESPONSIVE PLEADING