1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH DeCOTEAU, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER GROUP LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:15-cv-00020-MCE (EFBx)<br>Chief Judge Morrison C. England, Jr<br>Courtroom 7, 14th floor<br><br>**ORDER RE STIPULATION FOR FILING A FIRST AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Based upon the parties' stipulation as to Filing A First Amended Complaint and Setting a Briefing Schedule for Defendant's Motion to Dismiss ("Stipulation"), Plaintiff, Deborah DeCoteau ("Plaintiff") and Defendant, FCA US LLC (f/k/a Chrysler Group LLC) ("FCA"), and for good cause having been shown:

1. Plaintiffs shall file their First Amended Complaint no later than March 2, 2015;

2. Defendant shall either answer or move to dismiss Plaintiffs' First Amended Complaint no later than March 20, 2015;

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss Plaintiffs' First Amended Complaint, if any, no later than May 4, 2015;

4. Defendant shall file its reply to Plaintiff's opposition to Defendant's motion to dismiss Plaintiffs' First Amended Complaint, if any, no later than May 25, 2015; and

5. FCA shall notice any motion filed for hearing in accordance with these agreed deadlines.

IT IS SO ORDERED.

Dated: February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Page 2

ORDER RE JOINT STIPULATION FOR FILING OF A FIRST AMENDED COMPLIANT AND SETTING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS