UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH DeCOTEAU and LILIANA NAVIA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC (f/k/a/ Chrysler Group LLC), a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-00020-MCE (EFBx)<br>Chief Judge Morrison C. England, Jr<br>Courtroom 7, 14th floor<br><br>**ORDER GRANTING JOINT STIPULATION FOR FILING A SECOND AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Based upon the Joint Stipulation For Filing A Second Amended Complaint and Setting a Briefing Schedule for Defendant's Motion to Dismiss ("Stipulation") submitted by the Parties, Plaintiffs, Deborah DeCoteau and Liliana Navia ("Plaintiffs") and Defendant, FCA US LLC (f/k/a Chrysler Group LLC) ("FCA"), through their respective counsel, and good cause having been shown therefor, IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall file their Second Amended Complaint no later than February 8, 2016;

2. FCA US shall either answer or move to dismiss Plaintiffs' First Amended Complaint no later than March 8, 2016;

3. Plaintiffs shall file their opposition to any motion(s) filed by FCA US in response to Plaintiffs' First Amended Complaint no later than April 15, 2016;

4. FCA US shall file its reply to Plaintiff's opposition(s) no later than May 16, 2016; and

5. FCA US shall notice any motion filed for hearing in accordance with these agreed deadlines.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Page 1

ORDER GRANTING JOINT STIPULATION FOR FILING A SECOND AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS