1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH DeCOTEAU and LILIANA NAVIA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC (f/k/a/ Chrysler Group LLC), a Delaware limited liability company,<br><br>Defendant. | Case No. 2:15-cv-00020-MCE (EFBx)<br><br>Chief Judge Morrison C. England, Jr.<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO VACATE OR CONTINUE SCHEDULING CONFERENCE ORDER DEADLINES**<br><br>Complaint served: December 4, 2014 |

Based upon the stipulation To Vacate or Continue Scheduling Conference Order Deadlines ("Stipulation") submitted by the parties, Plaintiff, Deborah DeCoteau ("Plaintiff") and Defendant, FCA US LLC (f/k/a Chrysler Group LLC) ("FCA"), through their respective counsel, and good cause having been shown therefor, IT IS HEREBY ORDERED as follows:

A. The Scheduling Order signed by the Court on May 16, 2016 (Dkt. 45) is vacated pending a ruling on FCA US's Motion to Dismiss Plaintiff's TAC; or

B. In the alternative, the Court shall continue the dates set by its May 16, 2016 order by six (6) months as follows:

| Event | Original Date | New Date |
|---|---|---|
| Close of Class Certification Discovery | 2/1/2017 | 8/1/2017 |
| Deadline for Motion for Class Certification and Expert Disclosure | 5/15/2017 | 11/15/2017 |
| Deadline for Plaintiffs' Expert's Deposition | 6/16/2017 | 12/15/2017 |
| Deadline for Defendant's Opposition to Plaintiff's Class Certification Motion and Expert Disclosure | 8/1/2017 | 2/1/2018 |

| | | |
|---|---|---|
| Deadline for Defendant's Expert's Deposition | **8/18/2017** | **2/19/2018** |
| Deadline for Plaintiffs' Reply in Support of Class Certification | **9/1/2017** | **3/1/2018** |
| Hearing on Plaintiffs' Motion for Class Certification | **9/22/2017** | **3/22/2018** |

IT IS SO ORDERED.

Dated:  January 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE