UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH DeCOTEAU and LILIANA NAVIA, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>FCA US LLC (f/k/a/ Chrysler Group LLC), a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:15-cv-00020-MCE (EFBx)<br><br>Chief Judge Morrison C. England, Jr.<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint served: December 4, 2014 |

Good cause having been shown, IT IS HEREBY ORDERED that this case is dismissed pursuant to the terms of the parties' Stipulation of Dismissal with Prejudice.  ECF No. 71.

///

///

///

///

///

///

///

///

All pending Motions (ECF Nos. 56-57, 70) are DENIED as moot, and the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  July 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE